## IN THE IOWA DISTRICT COURT IN AND FOR DUBUQUE COUNTY

| | |
|---|---|
| ANGELA L. JOHNSON and<br>MATTHEW JOHNSON,<br><br>                      Plaintiffs,<br><br>    vs.<br><br>WALMART, INC. a/k/a WALMART,<br>WALMART SUPERCENTER #2004,<br>WAL-MART STORES, INC.,<br><br>                    Defendant. | No. 01311 LACV112482<br><br><br>**ORIGINAL NOTICE** |

TO THE ABOVE NAMED DEFENDANT:    **Walmart, Inc. a/k/a Walmart,**
                                  **Walmart Supercenter #2004, Wal-Mart Stores, Inc.**
**c/o Reg. Agent - CT Corporation System, 400 E. Court Avenue, Des Moines, IA 50309**

    YOU ARE HEREBY NOTIFIED that there is now on file in the office of the Clerk of the above Court a Petition at Law and Jury Demand in the above-entitled action, a copy of which Petition is attached hereto. The Plaintiffs attorney is Philip F. Jensen of the law firm of Alliance Law Office whose address is 775 Sinsinawa Avenue, East Dubuque, Illinois 61025 (TEL 815/747-6999).

    You are further notified that unless within twenty (20) days after service of this Original Notice upon you, you serve, and within a reasonable time thereafter file a written motion or answer in the Iowa District Court for Dubuque County, at the Dubuque County Courthouse, 720 Central Avenue, Dubuque, Iowa, judgment by default will be rendered against you for the relief demanded in the Petition.

    (SEAL)

                                      Clerk of the Above Court
                                    Dubuque County Courthouse
                                    720 Central Avenue
                                    Dubuque, IA 52001

**NOTE:**    The attorney who is expected to represent the Defendant should be promptly advised by Defendant of the service of this notice.

**NOTE:**    If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at 563/589-4446. If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942.

# Iowa Judicial Branch

*Case No.* **LACV112482**
*County* **Dubuque**

*Case Title* ANGELA JOHNSON ETAL VS WALMART

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential. For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(319) 833-3332** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/. **Disability access coordinators cannot provide legal advice.**

*Date Issued* **11/18/2021 09:47:04 AM**



*District Clerk of* Dubuque **County**
*/s/* **Abigail Deutmeyer**

## IN THE IOWA DISTRICT COURT IN AND FOR DUBUQUE COUNTY

| | |
|---|---|
| ANGELA L. JOHNSON and MATTHEW JOHNSON,<br><br>               Plaintiffs,<br><br>vs.<br><br>WALMART, INC. a/k/a WALMART, WALMART SUPERCENTER #2004, WAL-MART STORES, INC.,<br><br>               Defendant. | No. 01311 LACV112482<br><br><br>**ORIGINAL NOTICE** |

TO THE ABOVE NAMED DEFENDANT:    **Walmart, Inc. a/k/a Walmart,**
**Walmart Supercenter #2004, Wal-Mart Stores, Inc.**
**c/o Jeremy - Store Manager, 4200 Dodge Street, Dubuque, IA 52003**

YOU ARE HEREBY NOTIFIED that there is now on file in the office of the Clerk of the above Court a Petition at Law and Jury Demand in the above-entitled action, a copy of which Petition is attached hereto. The Plaintiff's attorney is Philip F. Jensen of the law firm of Alliance Law Office whose address is 775 Sinsinawa Avenue, East Dubuque, Illinois 61025 (TEL 815/747-6999).

You are further notified that unless within twenty (20) days after service of this Original Notice upon you, you serve, and within a reasonable time thereafter file a written motion or answer in the Iowa District Court for Dubuque County, at the Dubuque County Courthouse, 720 Central Avenue, Dubuque, Iowa, judgment by default will be rendered against you for the relief demanded in the Petition.

        (SEAL)                _____

                                  Clerk of the Above Court
                                  Dubuque County Courthouse
                                  720 Central Avenue
                                  Dubuque, IA  52001

**NOTE:**      The attorney who is expected to represent the Defendant should be promptly advised by Defendant of the service of this notice.

**NOTE:**      If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at 563/589-4446. If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942.

# Iowa Judicial Branch

| | |
|---|---|
| Case No. | **LACV112482** |
| County | **Dubuque** |

*Case Title*  **ANGELA JOHNSON ETAL VS WALMART**

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential. For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(319) 833-3332** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/. **Disability access coordinators cannot provide legal advice.**

*Date Issued* **11/23/2021 06:37:38 AM**



*District Clerk of* Dubuque        *County*
**/s/ Shelly Donovan**

## IN THE IOWA DISTRICT COURT IN AND FOR DUBUQUE COUNTY

| | |
|---|---|
| ANGELA L. JOHNSON and MATTHEW JOHNSON, <br><br> Plaintiffs, <br><br> vs. <br><br> WALMART, INC. a/k/a WALMART, WALMART SUPERCENTER #2004, WAL-MART STORES, INC., <br><br> Defendant. | 01311 No. LACV_____ <br><br><br> **PETITION AT LAW** <br> and <br> **JURY DEMAND** |

### COUNT I

NOW COME Plaintiffs, ANGELA L. JOHNSON and MATTHEW JOHNSON, and in support of their cause of action against Defendant, WALMART, state as follows:

1. Plaintiff, ANGELA L. JOHNSON, resides in Dubuque, Dubuque County, Iowa.

2. Plaintiff, MATTHEW JOHNSON, resides in Dubuque, Dubuque County, Iowa.

3. Defendant, WALMART, is a corporation authorized to do business in Iowa and doing business in Dubuque, Iowa as Dubuque Walmart Supercenter #2004.

4. WALMART also does business in Iowa under one or more of the following corporate or assumed names:  Walmart, Wal-Mart, Walmart Supercenter, Walmart Supercenter #2004, and Wal-Mart Stores, Inc.

5. One of Defendant's stores is located at 4200 Dodge Street, Dubuque, Dubuque County, Iowa and is known as Dubuque Walmart Supercenter #2004.

6. On August 30, 2019, Plaintiff, Angela L. Johnson, was shopping at the Dubuque Walmart Supercenter #2004 between 5:00 and 6:00 p.m.

7. On said date, Angela L. Johnson, was shopping in the sporting goods/hunting department planning to buy a red lens flashlight for her son.  She was accompanied by her husband, Matthew Johnson, and two of her children, Zeke and Abigail.  They were also being assisted by a Walmart employee whose first name is Matt.

Case 2:21-cv-01026-CJW-MAR   Document 1-2   Filed 12/22/21   Page 5 of 10

8. On said date, time and place, a large box containing a pop-up tent fell off an upper shelf behind where Plaintiff, Angela L. Johnson, and the others were standing. The box struck Angela L. Johnson, in the back, knee and leg causing her leg to collapse and twist resulting in her falling forward.

9. Unbeknownst to Angela L. Johnson, Defendant had placed the box containing the pop-up tent on an upper rack in such a manner that it created a hazard for customers.

10. Defendant had a duty to protect customers for such hazards.

11. Had the box been properly placed on the storage rack, it would not have fallen off and created a dangerous hazard for customers.

12. As a result of the tent box striking Angela L. Johnson on her back, knee and leg, she suffered injury to her lower back in the form of herniated discs at her L4-L5 spine, and ligament damage to her knee.

13. Defendant had an ongoing duty to inspect and maintain its storage racks and inventory placed on said racks so as to avoid those stored items from becoming an unreasonable risk of harm to customers.

14. Defendant failed to keep their boxed inventory properly secured and their failure to do so constitutes negligence.

15. As a proximate result of Defendant's negligence, Plaintiff, Angela L. Johnson incurred:

    (a) past pain and suffering and will incur future pain and suffering;
    (b) permanent injury to her lower back and knee;
    (c) loss of normal activities in her life;
    (d) past medical expense and future medical expenses; and
    (e) loss of earnings.

**WHEREFORE**, Plaintiff, ANGELA L. JOHNSON, prays that this Court enter judgment in her favor and against Defendant, WALMART, in such amount as will fairly, adequately and justly compensate her for her damages so sustained and for the costs of this action.

## COUNT II

NOW COMES Plaintiff, MATTHEW JOHNSON, and for his cause of action against Defendant, WALMART, states:

1. Plaintiff, MATTHEW JOHNSON, is a resident of Dubuque County and at all times material hereto, was the lawful husband of Plaintiff, ANGELA L. JOHNSON, and the incident out of which this action arises occurred in Dubuque, Dubuque County, Iowa.

3 - 15. Plaintiff, MATTHEW JOHNSON, restates the allegations made and contained in Paragraphs 2 through 9 of Count I, the same as though restated verbatim herein.

16. As a proximate result of the aforesaid negligence of Defendant, and the resulting injuries to Angela L. Johnson, Plaintiff, Matthew Johnson has been deprived of the companionship, aid, services, affection and society of his wife.

**WHEREFORE**, Plaintiff, MATTHEW JOHNSON, prays for judgment in his favor and against Defendant, WALMART, in such amount as will fairly, adequately and justly compensate him for his damages so sustained and for the costs of this action.

ANGELA L. JOHNSON and
MATTHEW JOHNSON, Plaintiffs

BY: ALLIANCE LAW OFFICE, P.C.


BY: _____
Philip F. Jensen      AT#0003888
775 Sinsinawa Avenue
East Dubuque, IL 61025
TEL (815) 747-6999
FAX (815) 747-2952
Email: Phil@jensenlawpc.com

ATTORNEY FOR PLAINTIFFS


**JURY DEMAND**

COMES NOW Plaintiffs, Angela L. Johnson and Matthew Johnson, and hereby request trial by jury of the above-captioned matter.

STATE OF IOWA      )
                     ) ss:
COUNTY OF DUBUQUE  )

     I, Angela L. Johnson, being first duly sworn on oath, depose and state that I am the Plaintiff making the forgoing Petition at Law; that I have read the same and know the contents thereof; and that the statements and allegations therein made are true and correct as I verily believe.

                                           _____
                                            Angela L. Johnson

Subscribed and sworn to before me this 25th day of August, 2021.

_____
Notary Public

"OFFICIAL SEAL"
KAREN M. WIENEN
Notary Public, State of Illinois
My Commission Expires 8-9-2025

STATE OF IOWA      )
                     ) ss:
COUNTY OF DUBUQUE  )

     I, Matthew Johnson, being first duly sworn on oath, depose and state that I am the Plaintiff making the forgoing Petition at Law; that I have read the same and know the contents thereof; and that the statements and allegations therein made are true and correct as I verily believe.

                                         _____
                                            Matthew Johnson

Subscribed and sworn to before me this 25th day of August, 2021.

_____
Notary Public

"OFFICIAL SEAL"
KAREN M. WIENEN
Notary Public, State of Illinois
My Commission Expires 8-9-2025

Page 4 of 4

In the Iowa District Court for Dubuque County

| Case Title | Angela Johnson et al v Walmart |
|---|---|
| Case No. | LACV112482 |
| Date Notice Received | November 23, 2021 |

**Return of Service:**

Type of Service

☐ Personal — 1

☐ Dwelling / Substitute — 2

☐ Hotel / Rooming House — 3

☒ Corporation / Association / Partnership — 4

☐ State / County / City — 5

☐ Spouse away from residence — 6

☐ Other _____ — 7

STATE OF IOWA

DUBUQUE COUNTY

I certify that I served a copy of:

☒ Original Notice and Petition  at Law and Jury Demand    ☐ Subpoena _____

☐ Order _____    ☐ Other _____

☐ Order _____    ☐ Other _____

**Served:**

| _____ | at | _____ | on | _____ | |
|---|---|---|---|---|---|
| (Name) | | (Address) | | (Date/Time) | (Type) |

_____ at _____ on _____

_____ at _____ on _____

_____ at _____ on _____

_____ on _____ , a person residing therein who was at least

(Person Served)    (By Substitution On)

18 years old or spouse away from residence, at _____ on _____
(strike non-applicable part)    (Address)    (Date/Time)  (Type)

| Walmart | on | Jeremy Lyons | , its |
|---|---|---|---|
| (Company / Government Unit Name) | | (Name) | |
| Store Manager | , at | 4200 Dodge St, Dubuque, IA | on  11/23/21 @ 1530   4 |
| (Title) | | (Address) | (Date/Time)  (Type) |

Notes:

Joseph L. Kennedy,   Sheriff
Dubuque County, Iowa

/s/ Kevin Hoffman

Deputy Sheriff

**Fees:**

| Service | $ 30.00 |
|---|---|
| Mileage | $ 5.00 |
| Attendant | $ 0.00 |
| Total | $ 35.00 |

40490

Reference No.

IN THE IOWA DISTRICT COURT FOR DUBUQUE COUNTY

| | |
|---|---|
| ANGELA L. JOHNSON and MATTHEW JOHNSON, | NO. LACV112482 |
| Plaintiffs, | |
| vs. | |
| WALMART, INC. a/k/a WALMART, WALMART SUPERCENTER #2004, WAL-MART STORES, INC., | APPEARANCE OF BENJAMIN M. WESTON |
| Defendant. | |

Attorney Benjamin M. Weston of Lederer Weston Craig PLC respectfully enters his appearance on behalf of Defendants Walmart, Inc. a/k/a Walmart, Walmart Supercenter #2004 and Wal-Mart Stores, Inc.

LEDERER WESTON CRAIG PLC

By _____

Benjamin M. Weston, AT0009704
4401 Westown Parkway, Suite 212
West Des Moines, IA 50266
Phone: (515) 224-3911
Fax: (515) 224-2698
E-Mail: bweston@lwclawyers.com

*ATTORNEYS FOR DEFENDANT*

Service by EDMS to:

Philip F. Jensen
ALLIANCE LAW OFFICE, PC
775 Sinsinawa Avenue
East Dubuque, Illinois 61025
E-mail: Phil@jensenlawpc.com
*ATTORNEYS FOR PLAINTIFFS*

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was electronically filed with the Court on 12/07/2021 using the CM/ECF system and served to the parties the party electronic means through the ECF system.

Signature: _____